## 660

L. A. Fabrick and H. B. Mathews, appellees, v. Guilford Farmers' Mutual Insurance Company of Winnebago County, appellant. Gen. No. 8,254.

 Opinion filed August 20, 1931. Rehearing denied January 15, 1932.

Shelby E. Hood, for appellant. David D. Madden and Lisle W. Menzimer, for appellees.

Mr. Justice Jett delivered the opinion of the court.

---

Fred E. Gardner, appellant, v. Claude E. Clark, appellee. Gen. No. 8,280.

 Opinion filed August 20, 1931. Rehearing denied December 17, 1931.

Welsh & Welsh and Fred E. Gardner, for appellant; C. K. Welsh, of counsel. John M. Zane, Harold W. Norman, Franklin D. Trueblood and Karl J. Mohr, for appellee.

Mr. Justice Jett delivered the opinion of the court.

---

Arthur R. Brinkworth, appellee, v. Charles J. Rohe, appellant. Gen. No. 8,268.

 Opinion filed August 29, 1931. Rehearing denied December 14, 1931.

Frank J. Jones, for appellant. Faulkner & Faulkner, for appellee; James W. Faulkner, of counsel.

Mr. Presiding Justice Jones delivered the opinion of the court.

---

A. B. Sheadle, trustee of the estate of Kathryn Southworth, a bankrupt, appellant, v. Peoples Loan & Trust Company, appellee. Gen. No. 8,278.

 Opinion filed August 29, 1931. Rehearing denied January 15, 1932.

Fred E. Gardner and Martin V. Peterman, for appellant. S. V. Wirick and Seyster & Fearer, for appellee.

Mr. Presiding Justice Jones delivered the opinion of the court.